UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Redico Management, Inc.,

        Plaintiff,     Case No. 14-cv-14563
                          Hon. Judith E. Levy
v.                            Mag. Judge R. Steven Whalen

PPG Architectural Finishes, Inc.,

        Defendant.

_____/

## **STIPULATED ORDER OF DISMISSAL**

THIS MATTER having come before the Court upon the stipulation of the parties through their respective counsel and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed in its entirety with prejudice and without costs or attorneys' fees to either party.

This Order resolves all claims and closes the case.

IT IS SO ORDERED.

Dated: July 28, 2015                     s/Judith E. Levy
Ann Arbor, Michigan                JUDITH E. LEVY
                                             United States District Judge